UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

DISTRICT OF VERMONT

FEDERAL BUILDING

BURLINGTON, VERMONT 05402-0945

RICHARD PAUL WASKO
CLERK

☐ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

Civil Action No. 1:05-CV-06     Date April 20, 2005

Roach   vs. Morse

## NOTICE TO LITIGANTS

If you wish to appeal the enclosed judgment or order, you must file a Notice of Appeal within 30 days after entry of the judgment or order appealed from (or 60 days if the United States or an officer or agency of the United States is a party).  Fed.R.App.P. 4(a)(1).  The fee for filing an appeal is $255.00.

If you wish to appeal but are unable to file your Notice of Appeal within 30 days [or 60 days if applicable] after the date of entry shown on line 2 below, then you have an additional 30 days to file a Motion for Extension of Time.  The Motion for Extension of Time **must** be filed within 30 days after the date on line 3 below.  Every Motion for Extension of Time must contain an explanation which demonstrates "good cause" or "excusable neglect" for failure to file the Notice of Appeal within the time limit required. Fed.R.App.P. 4(a)(5).

**PLEASE TAKE NOTICE**

1. Judgment filed                                           April 20, 2005

2. Date of Entry of Judgment on the
   docket of this court                                      April 20, 2005

3. Notice of Appeal **MUST** be filed
   on or before                                              May 20, 2005

_____
Deputy Clerk